**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**


**LARRY JOE ADAMS**

     **Petitioner,**

**v.**

**ALAN UCHTMAN,**

     **Respondent,**                            **Case No. 04-cv-667-DRH**


<u>**ORDER**</u>


**HERNDON, District Judge:**


     Before the Court is a Report and Recommendation ("R&R") (Doc. 13), issued by United States Magistrate Judge Clifford J. Proud, pursuant to **28 U.S.C § 636(b)(1)(B)** and **(C)**, denying a Petition for Writ of Habeas Corpus (Doc. 1), filed by Petitioner Adams pursuant to **28 U.S.C. § 2254**.  The R&R found no basis to grant the Petition and therefore denied relief.

     The R&R was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" within ten days of service.  The time period in which to file an objection has lapsed.  Neither party has filed an objection. Therefore, pursuant to **28 U.S.C. § 636(b)** this Court need not conduct a *de novo* review.  ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985)**.  Accordingly, the Court **ADOPTS** the R&R in its entirety.  Larry Joe Adams's Petition for Writ of Habeas

Corpus (Doc. 1) is hereby **DENIED**.

**IT IS SO ORDERED.**

Signed this 12th day of September, 2007.

/s/        DavidRHerndon
**United States District Judge**