# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LARRY JOE ADAMS,**

        **Petitioner,**

      **vs-**                                **No. 04-CV-667- DRH**

**ALAN UCHTMAN,**

        **Respondent.**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This action came before the Court on a Report and Recommendation by United States Magistrate Judge Clifford J. Proud.

                **IT IS ORDERED AND ADJUDGED** that the report is **ADOPTED** in its entirety. The petition for writ of habeas corpus pursuant to **28 U.S.C. § 2254** is denied in all respects and is **DISMISSED with prejudice.**--------------------------------------------------------------------------------------

                                             **NORBERT G. JAWORSKI, CLERK**

September 13, 2007                            BY:   s/Patricia Brown
                                                 Deputy Clerk

APPROVED: /s/     DavidRHerndon
                  U.S. DISTRICT JUDGE